# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR GODINEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No. 2:21-cv-09579-SSS-RAO<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"). The time for filing objections to the Report has passed, and no objections have been received. The Court hereby **ADOPTS and ACCEPTS** the findings, conclusions, and recommendations of the Magistrate Judge. For completeness, the Court notes that, to the extent Petitioner has raised a cognizable procedural due process argument, *see Clayton v. Biter*, 868 F.3d 840, 846 (9th Cir. 2017) (suggesting that a cognizable federal procedural due process claim might exist where state court denied a resentencing petition under California Penal Code section 1170.126 without a hearing), the Court has considered the claim on the merits and finds it does not warrant federal habeas relief.

**IT IS ORDERED** that the Petition is **DENIED**, and Judgment shall be entered **DISMISSING this action with prejudice.**

Date: March 30, 2023

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE