JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR GODINEZ,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN,<br><br>  Respondent. | Case No. 2:21-cv-09579 SSS-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge:

**IT IS ORDERED AND ADJUDGED** that the Petition is **DENIED**, and this action is **DISMISSED WITH PREJUDICE.**

Date: March 30, 2023

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE